

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-15-00163-CR

| | | |
|---|---|---|
| Terrell Ladel Davis | § | From the 371st District Court |
| | § | of Tarrant County (1308456D) |
| v. | § | October 1, 2015 |
| | § | Opinion by Chief Justice Livingston |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to exclude $26.80 from the total amount of $468.80 of court costs, fees, and fines that the judgment orders Terrell Ladel Davis to pay. Specifically, we modify the judgment so that the "Order to Withdraw Funds," which the judgment expressly incorporates, requires Terrell Ladel Davis to pay $442. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Terrie Livingston_
Chief Justice Terrie Livingston